UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ELAINE MATTHEWS,

    Plaintiff,

-vs-                                                      Case No.: 2:11-cv-549-FtM-29SPC

MARIE WATTS,

    Defendant.

_____

## ORDER

This matter comes before the Court on Defendant, Marie Watt's, Motion to Stay (Doc. # 28) filed on March 28, 2012. Defendant requests this court to enter an Order staying the Discovery, Case Management Report, and Rule 26 Disclosures until the Court has ruled on the Defendant's Motion to Dismiss. (Doc. # 6).

In deciding whether to stay discovery pending resolution of a motion to dismiss, the court must balance the harm produced by a delay in discovery against the possibility that the motion will be granted and entirely eliminate the need for such discovery. McCabe v. Foley, 233 F.R.D. 683, 685 (M.D. Fla. 2006) (citation omitted).

Given the possibility of the Parties incurring unnecessary costs associated with proceeding with discovery and other obligations and the pending Motion to Dismiss, the Court finds good cause to grant the stay. Discovery, including the filing of a Case Management Report and Rule 26 Disclosures, will be stayed until the District Court rules on the pending Motion to Dismiss. (Doc. # 6).

Should the case survive the Motion to Dismiss, the Parties shall notify the Court and file a revised Case Management Report within twenty (20) days of the Court's ruling denying the Motion to Dismiss.

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion to Stay (Doc. #28) is **GRANTED.**

**DONE AND ORDERED** at Fort Myers, Florida, this ___5th___ day of April, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record